AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

**FILED**
JAMES J. VILT, JR. - CLERK
APR - 7 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Phillip W. Renfro
_Petitioner_

v.    Case No. 3:22 CV 190 RGJ
_(Supplied by Clerk of Court)_

Amy Robey, Warden
_Respondent_
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Phillip Wayne Renfro
   (b) Other names you have used: Phillip

2. Place of confinement:
   (a) Name of institution: Luther Luckett Correctional Complex
   (b) Address: 1612 Dawkins Road - Box 6
       LaGrange, Ky. 40031-0006
   (c) Your identification number: 168823

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Frankfort Circuit Court
   (b) Docket number of criminal case: 10-CR-00012
   (c) Date of sentencing: 12/17/2010
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines) Wrongful Conviction !

    ☐ Disciplinary proceedings

    ☒ Other (explain): As to how all my sentence and good time credits are being given such as work time credit, statutory, Meritorious any any and all school or other program credit.

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: Luther Luckett Correctional Complex. 1612 Dawkins, Road-6 LaGrange- Ky- 40031- 0006

    (b) Docket number, case number, or opinion number: 10-CR-00012

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): See Above information on this issue !

    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes    ☒ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: N/A

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: Do not need to calculate all my good time credit is the only reason for this document in court!

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes    (☐ No)
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: N/A
  (2) Date of filing:
  (3) Docket number, case number, or opinion number:
  (4) Result:
  (5) Date of result:
  (6) Issues raised: Same Above

(b) If you answered "No," explain why you did not file a second appeal: Again Do not need to. only trying to get my good time calculation credit corrected!

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    (☐ No)
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: N/A
  (2) Date of filing:
  (3) Docket number, case number, or opinion number:
  (4) Result:
  (5) Date of result:
  (6) Issues raised: SAME ABOVE!

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: Getting My time Calculation credit credit Corrected. Am I 20% or 85%, Records show me at 20% is this Correct?

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: 

This is a State case only not Federal in nature.

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☒ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?
       ☐ Yes            ☐ No
       If "Yes," provide:
       (1) Date of filing: _____
       (2) Case number: _____
       (3) Result: _____
       (4) Date of result: _____
       (5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?
       ☐ Yes            ☐ No
       If "Yes," provide:
       (1) Name of court: _____
       (2) Date of filing: _____
       (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**
    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
    ☒ Yes      ☐ No
    If "Yes," provide:
    (a) Kind of petition, motion, or application: 2241 Time Caculation Credit
    (b) Name of the authority, agency, or court: Louisville District Court

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: (pending)
    (e) Result: Pending
    (f) Date of result: N/A
    (g) Issues raised: Need To have my Good time credit re-calculated to show all work time credit, statutory, Meritorious, school and any other time credit given on each program completed! Including 90 days for completion of SOTP Program!

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Wrongful Caculation of Good time creditted to this inmates time.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The prison did not caculate my good time correctly! Such as the following - work credit, statutory and Meritorious good time credits and any program time credited, also caculate my SOTP Time credit of 90 days!
The Prison says Im 85% To when the court says Im doing 20% on My time. Please Specify 20% or 85% by court order!

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND TWO:** Due Process Violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Violation when they do not caculate my good time to when they denie the good time when they owe it to you!

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: To be given all My Good Time Credit by date to date account to show the correct Good time accredited to the inmate named above! Plus - Clearly Specify that I am doing only 20% of my time not 85% by Court order - Specify that Im only at 20% of my time to severe until I get out!

Court ORDER Clearly Specifying that Plaintiff is serving only 20% of his time not 85%! Plus Court order clearly specifying that Plaintiff is NOT a Violent Offender in the case 10-CR-00012.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: Time: 9:30 A.M.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____Form completed!_____   _____
                                   Signature of Petitioner

Signed This date!   _____
                     Signature of Attorney or other authorized person, if any

Phillip Renfro #165523
L,L,C,C
P.O. Box 6
LaGrange, K.y. 40031

LOUISVILLE KY 400
6 APR 2022 PM 2

United States District Court
Gene Snyder Courthouse, Clerks Office
601 W. Broadway, Rm 106, Louisville
Kentucky- 40202

FILED
JAMES J. VILT, JR. - CLERK
APR - 7 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

THIS MAIL HAS BEEN OPENED
INSPECTED AT L.L.C.C.
CPP 16.2

PRISON MAIL
LUTHER LUCKETT CORRECTIONAL COMPLEX